UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS NOLAN,<br><br>　　　　　Defendant. | 2:16-po-00490-CKD<br><br>ORDER TO DISMISS AND RECALL BENCH WARRANT<br><br>DATE:　January 10, 2017<br>TIME:　9:00 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

　　It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00490-CKD without prejudice is GRANTED.

　　It is further ordered that the bench warrant issued on January 10, 2017 is recalled.

IT IS SO ORDERED.

Dated: March 6, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE